UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROSEMARY BORDE,
          Plaintiff,

      v.                             Civil Action No. 10-11208-NMG

AUSTIN, ET AL.,
          Defendants.

## MEMORANDUM AND ORDER

GORTON, D.J.

      On August 2, 2010, this Court issued a Memorandum and Order (Docket No. 4) directing Plaintiff to demonstrate good cause why this action should not be dismissed, or file an Amended Complaint curing the pleading deficiencies, within 35 days.

      To date, Plaintiff has not filed any response to the Memorandum and Order as directed, and the time period for doing so has expired.

      Accordingly, for the reasons set forth in the Memorandum and Order (Docket No. 4) outlining the legal impediments to Plaintiff's claims, and for the failure of Plaintiff to comply with the directives contained therein, it is hereby Ordered that this action is DISMISSED in its entirety.

SO ORDERED.

                                          /s/ Nathaniel M. Gorton
                                          NATHANIEL M. GORTON
                                          UNITED STATES DISTRICT JUDGE

DATED: September 20, 2010